PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2017 JUN -9 PM 1:59
CLERK
BY [signature]
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

FOR THE

District of Vermont

UNITED STATES OF AMERICA
v.
Christa Maynard

Crim. No. 2:12cr136-02

On August 14, 2015 the above named was placed on probation/supervised release for a period of two years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

[signature]
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 9th day of June, 20 17.

[signature]
United States District Judge